

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00200-CR

**ANTHONY JAMES HAUK,**

                                                              **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                              **Appellee**


**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. F50285**


## MEMORANDUM OPINION


Anthony James Hauk appeals from the judgment of conviction and sentence rendered against him on March 23, 2018. The trial court's certification of his right of appeal indicates that the underlying case was a plea-bargain case and that Hauk has no right of appeal as to punishment issues and also that Hauk has waived his right of appeal as to guilt/innocence issues. This appeal must therefore be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v.*

*State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing this appeal, Hauk may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Hauk desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 29, 2018
Do not publish
[CR25]

